UNITED STATES of America,
Plaintiff–Appellee,

v.

Javier Reyes RAMOS, a.k.a. Javier Reyes, a.k.a. Santiago Carillo Romero, a.k.a. Jesus Ruiz, Defendant–Appellant.

No. 11–50312.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 19, 2012.

Michael Dore, United States Attorney Office, Curtis A. Kin, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth Newman, FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Javier Reyes Ramos appeals from his guilty-plea conviction and 46–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramos's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Ramos has filed pro se supplemental opening and reply briefs and the government has filed an answering brief.

Our independent review of the record pursuant to Penson v. Ohio, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

